# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

Eastern Division



| | |
|---|---|
| Tonya Williams <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> Calix Inc., <br> Digital Ocean <br> Elan /Mlan Microelectronics <br> Kevin Christopher Douglas <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.     25CV99 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑Yes ☐No |

## COMPLAINT FOR A CIVIL CASE

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Tonya Williams R. |
| Street Address | 127 Vista Way Drive |
| City and County | Kernersville in Forsyth |
| State and Zip Code | North Carolina and 27284 |
| Telephone Number | |
| E-mail Address | tonyawilliams10233@gmail.com |

#### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Calix Inc.

iCloud-broadcasting-cloud storage

California

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Digital Ocean

Cloud-broadcasting-cloud based

New Bergen/Clifton

New Jersey

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Elan Microelectronics (Lan, MLan, WLan)

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Kevin Christopher Douglas

Columbus, Ohio

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [X] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

        and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation

The defendant, *(name)*  , is incorporated under

the laws of the State of *(name)*  , and has its

principal place of business in the State of *(name)*

Or is incorporated under the laws of *(foreign nation)*  ,

and has its principal place of business in *(name)*

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Defendants' negligence caused plaintiff's damages in the amount of $75,000, which constitues the amount in controversy; here seeking punitive, attorney, and damages of negative credit scoring because of locked banking accounts. Stalking plaintiff to various residences due to harassment.

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

CFAA violations of computer intrustions for banking and wire fraud. This being continuous from 2023 - 2024. Lan(Elan) sits on plaintiff's computers;Digital Ocean sits on plaintiff's mobile device; Calix, Inc., sits on home security, mobile, and computer networks. Plaintiff's banking affects primary bills, credit rating, and stops banking activity to care for domestics. Kevin C Douglas breaks into plaintiff's home, cyberstalking with the relating parties/defendants.

## IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Relief asked is subpeona DNA for Kevin Douglas. Order restraints, each offense of punitive damages $250,000 each defendant.Subpeona T-Mobile, Spectrum internet and mobile records/history. Fifth and Third's wire activity since plantiff's beginning (subpeona).

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    2. 4. 2025

Signature of Plaintiff

Printed Name of Plaintiff    Tonya Williams

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address

## I. NATURE OF THE COMPLAINT

1. This is an action for declaratory judgment, permanent injunctive relief, damages,

costs, and attorneys' fees, alleging a continuing pattern of various stalking and racially discriminatory conduct in violation of the Civil Rights Act of 1866, 42 U.S.C. §§ 1981, 1982, and the 8 U.S.C.S.@1326 (a) and the overt acts or any other "component part" of the offense and attempt to incorporate the substantial step; 18 U.S. Code §§ 1030 ("Fraud and related activity in connection with computers and mobile devices"). The Electronic Communications Privacy Act (ECPA) of 1986 that protects the privacy of electronic, oral, and wire communications. Plaintiff Tonya Williams, who is African American, also asserts causes of action for breach of privacy and multiple home invasions; North Carolina General Statute §14-277.3 (A) also assess causes of stalking and harassment and infliction of emotional distress.

2. In January 2023, Plaintiff Tonya Williams bought a home in Forsyth County,

a quiet residential street located near Winston-Salem, North Carolina. Over the course of 22 months has endured property vandalism.

Under U.S.C.S. 1326 (a) alleges an overt of many competent parts of the offence use is attempt or substantial steps.

3. Starting in June 2023, in Article 15, C § 62-3110 (Public utility violating any provision of Chapter, rules, or orders; penalty; enforcement by injunction; Ms. Williams experienced HVAC issues.

4. In February 2023, Article §14-372 postal invasions via the USPS 1691, title 18 US Postal Crimes were noticed and resealed before reaching her mailbox.

5. Since 2023, Article C.G.S. § 14- 113.13 & 14-453 hacking involved financial institution, which led to a federal bank fraud investigation.

6. Ms. Williams suffered humiliation, embarrassment and emotional

and physical distress, including, without limitation, shock, anger, frustration, panic, fear, and

anxiety. This increased anxiety has resulted in Ms. Williams' loss of sleep from September 2022

to the present. Ms. Williams' increased anxiety and loss of sleep are a result of the

emotional and physical distress caused by Defendants, which continues to this day.

**A person is guilty of harassment in the second degree when, with**

**intent to harass, annoy, threaten or alarm another person.**

Defendants  (Calix Inc., Digital Communications, Elan Microelectronics) aided and abetted unlawful discrimination against Ms. Williams on the basis of race and color.

Those actions and failure to act demonstrate a willful and gross disregard for the known rights of Ms. Williams.

Ms. Williams' employment infringement  seeks punitive damages, cost to repair residential:

 all concrete surfaces that were stained, cracked, lifted, and marred, amounting to $17,236. Vehicle damage $8000., Roofing repair. $3700., Carport $1500., Garage $2800., Trees $2000., Stolen Property and repairs $11,000., Flooring $1300. =$47,536

Stress over 10 years, internet infringement, attorney fees, mechanical infringement (vehicle, utility, HVAC), postal invasions, B&E over 9 years, stalking by neighbor, aided and abetted,  multiple banking fraud up to present day, employer cyber invasions.

Defendants Kevin C. Douglas, Calix Inc., Digital Communications, and Elan (Mlan) Microelectronics, then elevated their conduct to distant threats of racial cyber hacking & stalking.

On or about February 2023, Ms. Williams stated "she has changed out numerous home security systems and her home locks. Only for Mr. Douglas to penetrate those systems with assistance from Digital Communications, Calix Inc., and Elan Microelectronics.

31 . Ms. Williams, fearing for her life, experiencing extreme fear and anxiety, again

called the police and filled out a police report in January 2023.

32. Increasingly worried by Defendant Douglas' actions, Ms. Williams wants a restaint order and restitution, and an arrest, along with accomplices.

3. Strikes against material property, stalking. cyber hacking or otherwise subjects another person to phone harassment contact,or attempts or threatens to do the same because of a belief or perception regarding such person's race, color, national origin, ancestry, gender, religion, religious

practice, age, disability or sexual orientation, regardless of whether the belief or

perception.