127 Vista Way Drive
Winston-Salem, N.C. 27284



GREENSBORO NC
PIEDMONT TRIA
7 FEB 2025

RECEIVED
In This Office

FEB 10 2025

CLERK U.S. DISTRICT COURT
GREENSBORO N.C.

305 CB

United States District Court
Middle District of North Carolina
324 W. Market St. St 401
Greensboro, North Carolina
27401

INSPECTED

27401-254401

