IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA WILLIAMS,                          )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )        Case No. 1:25CV99
                                         )
CALIX INC. et al,                        )
                                         )
            Defendants.                  )

## ORDER

Plaintiff in this action submitted an Application to Proceed In Forma Pauperis [Doc. #1], and the Court took the matter under consideration for review pursuant to 28 U.S.C. § 1915(e)(2)(B).  However, Plaintiff subsequently paid the filing fee.  Therefore, the Application to Proceed In Forma Pauperis [Doc. #1] is moot.  Plaintiff is responsible for serving the summons and Complaint on Defendants.  Any defendant not served within 90 days is subject to dismissal for lack of service pursuant to Fed. R. Civ. P. 4(m).

Because Plaintiff has paid the filing fee, the case is not subject to preliminary review under § 1915(e)(2)(B).  Any issues regarding the sufficiency of the Complaint can be addressed on motions to dismiss by any defendants who are served.

IT IS THEREFORE ORDERED that the Application to Proceed In Forma Pauperis [Doc. #1] is terminated as moot.

This, the 9th day of July, 2025.

Joi Elizabeth Peake
United States Magistrate Judge