IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA WILLIAMS, )
)
Plaintiff, )
)
v. ) 1:25CV99
)
CALIX INC., et al., )
)
Defendants. )

## NOTICE TO PLAINTIFF OF FAILURE
## TO MAKE SERVICE WITHIN 90 DAYS

The docket in this action does not reflect that service has been obtained upon

defendants **Calix Inc., Digital Ocean, Elan Microelectronics, and Kevin Christopher**

**Douglas.** Federal Rule of Civil Procedure 4(m) provides that if a defendant is not served

within 90 days of the filing of the complaint, the court on motion or its own after notice to

the plaintiff must dismiss the action without prejudice or order that service be made within a

specified time.   You are hereby notified that you have 14 days to respond to this notice.   At

the end of the period, the record will be forwarded to the district judge to whom the action

is assigned for further action.   Failure to respond to this notice within the time allotted may

result in dismissal of the action without prejudice as to defendants **Calix Inc., Digital**

**Ocean, Elan Microelectronics, and Kevin Christopher Douglas.**

LAWRENCE H. CUNNINGHAM, CLERK

By: /s/ Debbie Blay
Deputy Clerk

January 29, 2026