IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

TONYA WILLIAMS,                        )
                                       )
              Plaintiff,               )
                                       )
       v.                              )        1:25cv99
                                       )
CALIX INC. et al.,                     )
                                       )
              Defendants.              )

## ORDER FOR FAILURE TO OBTAIN SERVICE

The record in this action indicates that Plaintiff has not obtained service upon Defendants Calix Inc, Digital Ocean, Elan Microelectronics, and Kevin Christopher Douglas within 90 days after filing of the complaint. Plaintiff, after notice, has not demonstrated good cause why such service was not made within the period.[1] Because Plaintiff is proceeding pro se, however, the court exercises its discretion under Federal Rule of Civil Procedure 4(m) and orders that Plaintiff serve these Defendants within 30 days of this order, or without further notice the court will dismiss this action without prejudice as to Defendants Calix Inc, Digital Ocean, Elan Microelectronics, and Kevin Christopher Douglas.

SO ORDERED.

                                    /s/    Thomas D. Schroeder
April 2, 2026                    United States District Judge

---

[1] Plaintiff is advised that service of the summonses and complaint must comply with Federal Rule of Civil Procedure 4. Moreover, proof of service must be shown by an affidavit. Fed. R. Civ. P. 4(l).